**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

ANDREW CIGNA,

*Plaintiff,*

v.

RYOKO RAIN, INC.,
LOVE, RYOKO RAIN, INC.
and
GARRETT JAMES

*Defendants.*

Civil Action No. 1:26-cv-13852

**JURY TRIAL DEMANDED**

**DEFENDANTS' ASSENTED TO MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**

Pursuant to FRCP 6(b) and 12(a), Defendants Royko Rain, Inc., Love, Ryoko Rain, Inc., and Garrett James request that this Court extend the deadline to respond to the Complaint (Dkt. 1) by thirty (30) days to November 20, 2026. In support of this Motion, Defendants state as follows:

1. Plaintiff Andrew Cigna filed his Complaint on August 20, 2026. (Dkt. 1).
2. Defendants Royko Rain, Inc., Love, Ryoko Rain, Inc., and Garrett James' deadline to answer or otherwise respond to the Complaint was September 21, 2026.
3. Defendants Ryoko Rain, Inc., Love, Ryoko Rain, Inc., and Garrett James filed an Assented Motion to Extend Deadline to Respond to Complaint on October 1, 2026. (Dkt. 7). The Court granted that Motion on October 2, 2026, which extended deadline for Defendants to respond to the Complaint to October 21, 2026. (Dkt. 8).

Extending the current deadline by thirty (30) days will provide Defendants with sufficient time to analyze and respond to the Complaint and will give the parties an opportunity to explore

settlement. This requested extension is not sought for the purposes of delay, and if granted, will not prejudice either party. This is Defendants' second request to extend this deadline.

Pursuant to Local Rule 7.1, Defendants' counsel contacted counsel for Plaintiff, and the Plaintiff assented to this motion.

Respectfully submitted,

RYOKO RAIN, INC., LOVE, RYOKO RAIN, INC. and GARRETT JAMES

*/s/ Christopher Centurelli*

Christopher Centurelli (BBO # 640974)
chris.centurelli@klgates.com
Kathleen M. Burch (BBO # 684412)
kathleen.burch@klgates.com
Margaret A. Cooney (BBO # 715027)
maggie.cooney@klgates.com
K&L GATES LLP
One Congress Street, Suite 2900
Boston, MA 02114
Tel: (617) 261-3100
Fax: (617) 261-3175

Dated: October 15, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2026, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to all counsel of record who are registered to receive electronic notification.

*/s/ Christopher Centurelli*
Christopher Centurelli

**LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1, Defendants' counsel contacted attorneys for Plaintiff on October 13, 2026, and the Plaintiff assented to the extension sought in this Motion.

*/s/ Christopher Centurelli*
Christopher Centurelli